Brandon Pierre July / T655714
Name and Prisoner/Booking Number

4th Avenue Jail
Place of Confinement

201 S. 4th Avenue
Mailing Address

Phoenix, Arizona, 85040
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ☑  LODGED ☐
RECEIVED ☐  COPY ☐

APR 29 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Brandon Pierre July,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Joseph P. Mills Badge #08093,
(Full Name of Defendant)

(2) Philip Smith Badge #09770,

(3) Jacqulynn Faith Cassey #10890,

(4) Daniel Beans Badge #09904,

Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:21-CV-00402-SMB--MHB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☑ Second Amended Complaint
☑ Request for Trial By Jury.

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Phoenix, Arizona_____.

Revised 3/11/16                                     1                                    **550/555**

## B. DEFENDANTS

1. Name of first Defendant: **Joseph P. Mills Badge #08093**. The first Defendant is employed as: **Patrol Sgt. Officer** (Position and Title) at **Phoenix Police Department** (Institution).

2. Name of second Defendant: **Philip Smith 09770**. The second Defendant is employed as: **Patrol Officer** (Position and Title) at **Phoenix Police Department** (Institution).

3. Name of third Defendant: **Jacqulynn Faith Cassey #10890**. The third Defendant is employed as: **Patrol Officer** (Position and Title) at **Phoenix Police Department** (Institution).

4. Name of fourth Defendant: **Daniel Beans Badge #09904**. The fourth Defendant is employed as: **Domestic Violence Detective Case Agent** (Position and Title) at **Phoenix Police Department** (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **3**. Describe the previous lawsuits:

    a. First prior lawsuit:
       1. Parties: **Brandon Pierre July** v. **Paul Penzone, Capt Spurgeon Badge A8527, Sgt Parker S3622, Johnson A734**
       2. Court and case number: **2:21-CV-00282-JAT--MHB**
       3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Case is still pending**

    b. Second prior lawsuit:
       1. Parties: **Brandon Pierre July** v. **Correctional Health Services**
       2. Court and case number: **CV-2021-002739**
       3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **this case is still pending**

    c. Third prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____
       3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: My Miranda warning Rights were violated and statements have been use in my criminal case of CR2020-136176-01.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Civil procedures violated

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 04-23-2020 the Plaintiff was arrested by the defendants as such Joseph P. Mells, Philip Smith, Joscanlyno Faith Cassey, Ryan J Hoffrichter, Lance Wisnor, Andrew Catchell, Daniel Leary, Daniel Beck where the detectives's that later contacted perjury and falsified reports to which has been use to charge the plaintiff in a criminal case to the plaintiff is currently awaiting trial on case no CR2020-136176. As for the officers of Mells, Smith, Cassey, Hoffrichter, Wisnor the plaintiff was question regarding a possible shooting to which he was place in handcuffs and arrested and charge for, but, never received any miranda warning to which his statements was used in a criminal hearing and mentioned as to what the plaintiff said to officers when he ask for a lawyer subsequent to the plaintiffs arrest. This according to Miranda v Arizona was a direct violation of my right to which cause for my claim in Count 1 of Miranda warning rights violation. This in turn cause April Jones to take custody away from me for my son Ziair July, who is now in D.C.S custody due to these defendants named in this civil matter. Once provide an chance amongst my peers in a jury trial I will present evidence to vaildate the claim of Miranda rights violation.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Due to these actions I was deprived life, liberty, property, health, medical treatment, along with lost of wages, health, mental health, property, children, and the chance to receive a fair shoot a justice.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____.

## COUNT II

1. State the constitutional or other federal civil right that was violated: My A.R.S section 13-2702 Violation was committed by the named defendants.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Committed Perjury

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 09-23-2020 the above defendant's by the names of Joseph P. Mells, Philip Smith, Jacqulynn Faith Cassey, Daniel Beans, Andrew Cutchall, Ryan J. Hobbichba, Daniel Leary, Lance Wisan, on this day violated §13-2702 by placing false report into the Maricopa County Superior Court and further more place these reports as evidence to have the plaintiff charge with felonies in his criminal case no. CR2020-136176-001 The State of Arizona v. Brandon Pierre July. The defendant by the name of April Jone place a false information of her reports that "slander and are unfound" evidence to the Superior Court of the State of Arizona to which gave D.C.S custody of the plaintiff's son Zian July with this clear perjury that was committed. The Plaintiff once given his day in trial in front of jury of his peers through jury selection can and will produce evidence in factual basis of the claim violation of defendant's commiting perjury as to A.R.S section 13-2702. For these reasons this is why the the plantiff state a claim of perjury under violation of A.R.S section 13-2702 and request for this court to hold a jury trial in regaurds to this matter and claim set here before this court.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   The injuries this violation has caused was lost of liberty, property, life, freedom, wages, health, mental anguish, sleep, and the lost of medical treatment for back problems that was under way.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: On 09-23-20 my fourth amendment rights was violated by the Defendants.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Right to privicy and house to secure

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
On 09-23-2020 The Plaintiff has body camera footage of the defendants named in this civil action violating the plaintiff's fourth amendment right to which states people have the right to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures. But on 9-23-2020 at 04:04 hours the defendants and there partners from there work came into my house/apartment without a warrent or consent and search my apartment to which officer Hessner even removed keys from my apartment use the keys and accessed my car without my consent or a warrent. Once allowed to present my claim and evidence to a jury of my peers I am hope to seek the relief for this Claim of violation by the defendants.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
The injury's I have sustained are, a lost of liberty, freedom, privicy, faith, mental security, health treatment for back problems, lost in wages, lost in custody of child, lost in property.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

The relief that I am seeking as to Counts 1, 2, & 3 are as follows. I am seeking a relief of having a trial to prove the Claims and alligations of the claims under Counts 1, 2, & 3 are true by being allowed to present my evidence. I am secondly seeking for relief to be compensated in the amount of $1.5 million dollars for my injuries per count. For my third seek of relief is to receive an apology letter from defendents. My fourth and final relief is for a full investigation into my claims and exposures of defendents perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4-22-2021
DATE

_____
SIGNATURE OF PLAINTIFF

N/A
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

N/A
(Signature of attorney, if any)

N/A
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

4th Avenue Jail
201 S. 4th Avenue
Phoenix, Arizona 85003

In The United States District Court
For The District OF Arizona

Attachment page 1-A listing Them

This is the list of additional Defendant's to be included involved with case numbered 2:21-CV-00402-SMB--MHB.

Defendants names follows as such;

5. Andrew Cutchall Badge #07102
6. Ryan J. Hoffrichter Badge #09060
7. Jeremy Hessner Badge #08167
8. Daniel Leary Badge #07593
9. Lance Wisuri Badge #10531
10. April Jones

Attachment page 2-B Defendants

5. Name of fifth Defendant Andrew Cutchall badge #07102. The fifth Defendant is employed as a Domestic Violence Detective at the Phoenix Police Department.

6. Name of sixth Defendant Ryan J. Hoffrichter Badge #09060. The sixth Defendant is employed as a Patrol Officer at the Phoenix Police

Department.

7. Name of seventh Defendant is Jeremy Hessner, badge #08167. The seventh Defendant is employed as a Patrol Officer at the Phoenix Police Department.

8. Name of eighth Defendant is Daniel Leary, badge #07593. The eight Defendant is employed as a Domestic Violence Detective at the Phoenix Police Department.

9. Name of ninth Defendant is Lance Wisuri, badge #10531. The ninth Defendant is employed as a Patrol Officer at the Phoenix Police Department.

10. Name of tenth Defendant is April Jones. The tenth Defendant is employed as a Child Safety investigator at the Arizona Department of Child Safety.

Attachment page 6 - E. Request For Relief

Also for the defendants to receives the disciplinary actions that is given for comitting acts of perjury as a matter of law.

Page 8

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## CERTIFICATION

I hereby certify that on this date _____**April 26, 2021**_____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

√  Hon  ____**Susan Brnovich**____  United States District Court, District of Arizona.

√  Hon  ____**Michelle Burns**____  United States District Court, District of Arizona.

___  Attorney General, State of Arizona, _____

___  Judge _____  Superior Court, Maricopa County, State of Arizona.

___  County Attorney, Maricopa County, State of Arizona  _____

___  Public Defender, Maricopa County, State of Arizona  _____

___  Attorney _____

___  Other _____

___  _____

___  _____

_____  **B5188**
Legal Support Specialist Signature        S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009